IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:25-cv-00182-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> upon the relation and for the use ) <br> of the TENNESSEE VALLEY ) <br> AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A TEMPORARY RIGHT TO ENTER ) <br> UPON LAND IN CHEROKEE ) <br> COUNTY, NORTH CAROLINA, and ) <br> ROBERT L. GARLAND, JR. a/k/a ) <br> ROBERT LEE GARLAND, JR., ) <br> ) <br> Defendants. ) <br> _____ ) | **MEMORANDUM OF** <br> **DECISION AND ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Entry of an Order of Immediate Possession [Doc. 8].

On June 18, 2025, the Plaintiff initiated this action and filed a Declaration of Taking ("Declaration") pursuant to 40 U.S.C. §§ 3114-18. [Doc. 1-2]. On August 15, 2025, the Plaintiff filed Notice of Tendering Deposit of $10, which is the amount the Plaintiff estimated to be just and liberal compensation for the property rights acquired in this federal condemnation action. [Doc. 5]. The Plaintiff filed the instant motion on August 28, 2025,

requesting the Court to enter an order vesting the Tennessee Valley Authority ("TVA") with the right to immediate possession of the property rights condemned in this action. [Doc. 8]. The Defendant has not filed a response.

On September 29, 2025, the Court ordered the Plaintiff to show cause for the failure to effect service of the notice of condemnation on the Defendant Robert L. Garland, Jr. [Text-Only Order entered Sept. 29, 2025]. In response, the Plaintiff informed the Court of its failed attempts to effect personal service on the Defendant and represented that it would complete service by publication. [Doc. 11 at 1-2]. On December 8, 2025, the Plaintiff filed a Certificate of Completion of Service by Publication and attached an affidavit of publication and a copy of the published notice. [Doc. 12]. Accordingly, the Court will discharge the Order to Show Cause.

The Tennessee Valley Authority Act of 1933 authorizes the TVA, as an agent of the United States, to acquire rights-of-way by condemnation. 16 U.S.C. § 831(c)(i). When the TVA exercises that authority, the Declaration of Taking Act applies. 40 U.S.C. § 3114. The Declaration of Taking Act provides that when the government or its agent files a proper Declaration and deposits in the court the estimated compensation stated in the Declaration, "title to the estate or interest specified in the declaration vests in the Government," "the land is condemned and taken for the use of the

2

Government," and "the right to just compensation for the land vests in the persons entitled to the compensation." Id. § 3114(b). Accordingly, upon filing a Declaration and depositing the estimated compensation, the United States of America, by and through its agents, is entitled to immediate possession of the land condemned. See, e.g., United States v. Miller, 317 U.S. 369, 381 (1943) (recognizing the government's right to "immediate possession"); Kirby Forest Indus., Inc. v. United States, 467 U.S. 1, 5 (1984) (same).

Here, the Plaintiff has filed a proper Declaration and has deposited with the Court the estimated compensation stated in the Declaration. [Doc. 1-2; Doc. 5]. Accordingly, the Plaintiff is entitled to the immediate possession of the real property specifically described in the Plaintiff's Declaration to the extent necessary to allow, enable, and permit the Plaintiff to carry on and perform the operations described in the Declaration. [Doc. 1-2 at ¶ 1].

**IT IS, THEREFORE, ORDERED THAT** the Plaintiff's Motion for Entry of an Order of Immediate Possession [Doc. 8] is **GRANTED**. The Defendant is hereby directed to immediately comply with this Order and refrain from interfering with the Plaintiff's temporary right to enter upon the land described in the Declaration for the purposes described in the Declaration.

**IT IS FURTHER ORDERED** that the Court's September 29, 2025 Text-Only Order to Show Cause is hereby **DISCHARGED.**

**IT IS SO ORDERED.**

Signed: December 11, 2025

Martin Reidinger
Chief United States District Judge